1  Tyler J. Woods (State Bar No. 232464)
     twoods@trialnewport.com
2  Richard H. Hikida (State Bar No. 196149)
     rhikida@trialnewport.com
3  Scott J. Ferrell (State Bar No. 202091)
     sferrell@trialnewport.com
4  **NEWPORT TRIAL GROUP**
   A Professional Corporation
5  895 Dove Street, Suite 425
   Newport Beach, CA 92660
6  Tel: (949) 706-6464
   Fax: (949) 706-6469
7
   Attorneys for Plaintiff
8

FILED
2013 JAN 29 AM 11:47
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA
BY ___

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE TAWNSAURA GROUP, LLC, | Case No: SACV13 - 00143 JVS (RNBx) |
| Plaintiff, | **NOTICE OF RELATED CASES** |
| vs. | |
| MUSCLE WARFARE, INC. | |
| Defendant | |

COPY

**TO EACH PARTY AND TO THE COUNSEL OF RECORD FOR EACH PARTY:**

The following cases, all filed in the United States District Court for the Central District of California, are related to this action:

1. 2:12-cv-07189-SJO-AGR The Tawnsaura Group, LLC v. Maximum Human Performance, LLC;
2. 8:12-cv-01352-SJO-AGR The Tawnsaura Group, LLC v. Physician Formulas, Inc.;
3. 8:12-cv-01353-SJO-AGR The Tawnsaura Group, LLC v. Gaspari Nutrition Inc.;
4. 8:12-cv-01354-SJO-AGR The Tawnsaura Group, LLC v. Beautyfit Inc.;
5. 8:12-cv-01362-SJO-AGR The Tawnsaura Group, LLC v. Labrada Bodybuilding Nutrition, Inc.;
6. 8:12-cv-01363-SJO-AGR The Tawnsaura Group, LLC v. Image Sports, LLC et al.;
7. 8:12-cv-01364-SJO-AGR The Tawnsaura Group, LLC v. Threshold Enterprises, Ltd.;
8. 8:12-cv-01390-SJO-AGR The Tawnsaura Group, LLC v. BNC Nutrition LLC;
9. 8:12-cv-01392-SJO-AGR The Tawnsaura Group, LLC v. Irwin Naturals Inc.;
10. 8:12-cv-01393-SJO-AGR The Tawnsaura Group, LLC v. Kingfisher Media LLC;
11. 8:12-cv-01394-SJO-AGR The Tawnsaura Group, LLC v. Nutricology, Inc.;
12. 8:12-cv-01395-SJO-AGR The Tawnsaura Group, LLC v. Puritan's Pride, Inc.;

13. 8:12-cv-01396-SJO-AGR The Tawnsaura Group, LLC v. Serious Nutrition Solutions LLC;

14. 8:12-cv-01397-SJO-AGR The Tawnsaura Group, LLC v. Vitacost.com, Inc.;

15. 8:12-cv-01398-SJO-AGR The Tawnsaura Group, LLC v. NutraBio.com Inc.;

16. 8:12-cv-01401-SJO-AGR The Tawnsaura Group, LLC v. Now Foods Inc.

17. 8:12-cv-01410-SJO-AGR The Tawnsaura Group, LLC v. Nutrabulk Inc.;

18. 8:12-cv-01412-SJO-AGR The Tawnsaura Group, LLC v. Swanson Health Products Inc.;

19. 8:12-cv-01413-SJO-AGR The Tawnsaura Group, LLC v. Solaray Inc.;

20. 8:12-cv-01416-SJO-AGR The Tawnsaura Group, LLC v. Superior Nutraceuticals Inc.;

21. 8:12-cv-01472-SJO-AGR The Tawnsaura Group, LLC v. Ultimate Nutrition Products Inc.;

22. 8:12-cv-01473-SJO-AGR The Tawnsaura Group, LLC v. S.A.N. Nutrition Corp.;

23. 8:12-cv-01476-SJO-AGR The Tawnsaura Group, LLC v. Musclepharm Corporation;

24. 8:12-cv-01477-SJO-AGR The Tawnsaura Group, LLC v. Infinite Labs, LLC;

25. 8:12-cv-01481-SJO-AGR The Tawnsaura Group, LLC v. All American Pharmaceutical & Natural Foods Corporation;

26. 8:12-cv-01505-SJO-AGR The Tawnsaura Group, LLC v. Driven Sports, Inc.;

27. 8:12-cv-01551-SJO-AGR The Tawnsaura Group, LLC v. Beverly International Nutrition, LLC;

NOTICE OF RELATED CASES

28. 8:12-cv-01552-SJO-AGR The Tawnsaura Group, LLC v. Betancourt Nutrition, Inc.;

29. 8:12-cv-01555-SJO-AGR The Tawnsaura Group, LLC v. Evogen, Inc.;

30. 8:12-cv-01556-SJO-AGR The Tawnsaura Group, LLC v. Elements of Health Care, LLC;

31. 8:12-cv-01558-SJO-AGR The Tawnsaura Group, LLC v. Ergogenix;

32. 8:12-cv-01562-SJO-AGR The Tawnsaura Group, LLC v. Exclusive Nutrition Products Inc.;

33. 8:12-cv-01567-SJO-AGR The Tawnsaura Group, LLC v. Gamma Enterprises LLC;

34. 8:12-cv-01568-SJO-AGR The Tawnsaura Group, LLC v. Fahrenheit Group Corporation12-cv-01391 SJO(AGRx);

35. 8:12-cv-01569-SJO-AGR The Tawnsaura Group, LLC v. Extreme V Inc.;

36. 8:12-cv-01603-SJO-AGR The Tawnsaura Group, LLC v. Isatori, Inc. et al.;

37. 8:12-cv-01632-SJO-AGR The Tawnsaura Group, LLC v. Image Sports, LLC et al.;

38. 8:12-cv-01634-SJO-AGR The Tawnsaura Group, LLC v. ABB Performance, LLC;

39. 8:12-cv-01635-SJO-AGR The Tawnsaura Group, LLC v. Karma Nutritionals Inc.;

40. 8:12-cv-01636-SJO-AGR The Tawnsaura Group, LLC v. Magnum Nutraceuticals, Inc.;

41. 8:12-cv-01637-SJO-AGR The Tawnsaura Group, LLC v. Anabol Naturals, Inc.;

42. 8:12-cv-01652-SJO-AGR The Tawnsaura Group, LLC v. Creative Edge Nutrition Inc.;

**NOTICE OF RELATED CASES**

43. 8:12-cv-01653-SJO-AGR The Tawnsaura Group, LLC v. ISS Research LLC;

44. 8:12-cv-01655-SJO-AGR The Tawnsaura Group, LLC v. NBTY Inc;

45. 8:12-cv-02000-SJO-AGR The Tawnsaura Group, LLC v. Bodybuilding.com;

46. 8:12-cv-02003-SJO-AGR The Tawnsaura Group, LLC v. UPS Labs;

47. 8:12-cv-02042-CJC-RNB The Tawnsaura Group, LLC v. Cytosport;

48. 8:12-cv-02064-SJO-AGR The Tawnsaura Group, LLC v. Woodbolt Distribution;

49. 8:12-cv-02065-SJO-AGR The Tawnsaura Group, LLC v. Vital Pharmaceuticals;

50. 8:13-cv-0051 SJO-AGR The Tawnsaura Group, LLC v. M.D. Science Lab, LLC;

51. 8:13-cv-00080 SJO-AGR The Tawnsaura Group, LLC v. Tribravus Enterprises.

This case is related to the above-referenced cases within the meaning of General Order 08-05 section 5 and Local Rule 83-1.3 because they will call for determination of the same and substantially similar questions of law or fact, will entail substantial duplication of labor if heard by different judges, and involve the same patents.

Pursuant to Federal Rule of Civil Procedure 42, the above-referenced cases have been coordinated for case management purposes and transferred to the docket of the Honorable S. James Otero.

Dated: January 29, 2013

NEWPORT TRIAL GROUP

By: _____
Tyler J Woods
Attorneys for Plaintiff

- 5 -
NOTICE OF RELATED CASES