| | | | | |
|---|---|---|---|---|
| *Attorney or Party without Attorney:*<br>TYLER J. WOODS. ESQ., Bar #232464<br>NEWPORT TRIAL GROUP<br>895 DOVE STREET<br>SUITE 425<br>NEWPORT BEACH, CA 92660<br>*Telephone No:* 949-706-6464 | | | | *For Court Use Only* |
| *Attorney for:* Plaintiff | *Ref. No. or File No.:* | | | |

*Insert name of Court, and Judicial District and Branch Court:*
United States District Court Central District Of California

*Plaintiff:* THE TAWNSAURA GROUP, LLC
*Defendant:* MUSCLE WARFARE, INC.

| **PROOF OF SERVICE SUMMONS & COMPLAINT** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>SACV13-00143 JVS (RNBx) |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons; Complaint; Corporate Disclosure Statement By Plaintiff The Tawnsaura Group, Llc Pursuant To Fed.R.Civ.P.7.1; Civil Cover Sheet; Notice Of Assignment To United States Magistrate Judge For Discovery; Notice To Parties Of Court-Directed Adr Program; Notice To Parties: Court Policy On Settlement And Use Of Alternative Dispute Resolution (Adr); Notice Of Related Cases; Certification And Notice Of Interested Parties (Local Rule 7.1-1); Report On The Filing Or Determination Of An Action Regarding A Patent Or Trademark.

3. a. Party served:          Muscle Warfare, Inc.
   b. Person served:         Leslie Ballard, Capital Corporate Service, Agent for Service of process, SERVED UNDER F.R.C.P. RULE 4.

4. Address where the party was served:   155 Office Plaza Drive
                                          Suite A
                                          TALLAHASSEE, FL  32301

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Mon., Feb. 04, 2013 (2) at: 9:10AM

7. *Person Who Served Papers:*                              Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. MICHAEL C. NOLAN                          d. *The Fee for Service was:*   $227.50
                                                e. I am: Not a Registered California Process Server



301 Civic Center Drive West
Santa Ana, CA 92701
Telephone   (714) 541-1110
Fax         (714) 541-8182
www.firstlegalnetwork.com

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*
   Date: Tue, Feb. 05, 2013

                                                                          (MICHAEL C NOLAN)

Judicial Council Form                 PROOF OF SERVICE
Rule 2.150.(a)&(b) Rev January 1, 2007   SUMMONS & COMPLAINT                    9562354;kc.tylwoo.507343